March 13, 1969

Chemical Leaman Tank Lines, Inc. et al., Appellants, *v.* Pennsylvania Public Utility Commission.

Argued December 12, 1968. *Alan L. Reed,* with him *James W. Patterson,* and *Morgan, Lewis & Bockius,* for appellants; *William A. Goichman,* Assistant Counsel, with him *Edward Munce,* Acting Counsel, for Pennsylvania Public Utility Commission; *Samuel J. Reich,* with him *Alexander Cooper,* and *Cooper, Goodman & Schwartz,* for intervening appellee.

Order affirmed.